Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

# United States Bankruptcy Court
# Central District of California

| | |
|---|---|
| JOHN CHARLES SCHLINGER | ) Chapter 13 <br> ) Case No.: 8:08-bk-18088-ES <br> ) <br> MARIA LUISA SCHLINGER ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301069** in the sum of **$779.24** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    COUNTRYWIDE HOME LOANS
    PO BOX 10219
    VAN NUYS, CA 92701

Date: September 10, 2011         __/S/_____
                                 Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0818088 | JOHN CHARLES & MARIA LUISA SCHLINGER ACCT: 1954 | Claim: 00003 | XXX-XX-5989 XXX-XX-8575 | 779.24 | 0.00 | 779.24 |
| | | TOTALS | | 779.24 | 0.00 | 779.24 |

JOHN CHARLES SCHLINGER
MARIA LUISA SCHLINGER
BALANCE:              [0.00 23/00003]
SSN: XXX-XX-5989    SSN: XXX-XX-8575
ACCT: 1954              CASE: 0818088
PRINCIPAL:      779.24    INTEREST:      0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79 / 611

0301069

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$779.24

**PAY**  Seven Hundred Seventy Nine And 24 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0301069⑆ ⑈061100790⑈ 000000575186 2⑆