Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

# United States Bankruptcy Court
## Central District of California

|  |  |
|---|---|
| JOHN CHARLES SCHLINGER<br><br>MARIA LUISA SCHLINGER | Chapter 13<br><br>Case No.: 8:08-bk-18088-ES<br><br>**NOTICE OF UNCLAIMED DIVIDEND**<br>**(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301070** in the sum of **$33.88** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

    COUNTRYWIDE HOME LOANS
    PO BOX 10219
    VAN NUYS, CA 90605

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0818088 | JOHN CHARLES & MARIA LUISA SCHLINGER ACCT: 1954 | Claim: 00003 | XXX-XX-5989 XXX-XX-8575 | 33.88 | 33.88 | 0.00 |
| | | TOTALS | | 33.88 | 33.88 | 0.00 |

JOHN CHARLES SCHLINGER
MARIA LUISA SCHLINGER
BALANCE:                [0.00  23/00003]
SSN: XXX-XX-5989    SSN: XXX-XX-8575
ACCT: 1954                        CASE: 0818088
PRINCIPAL:       0.00    INTEREST:        33.88

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301070

Jul 24, 2011

VOID 90 DAYS FROM DATE

********$33.88

PAY  Thirty Three And 88 / 100 Dollars

TO THE ORDER OF  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301070⑈ ⑆061100790⑆ 000000575186 2⑈